DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

11 APRIL 2013

| | | | |
|---|---|---|---|
| 360A09 | State v. Hasson Jamaal Bacoti | Attorney Jonathan E. Broun's Motion to Withdraw and Authorize OAD to Appoint Substitute Counsel | Allowed 03/20/13 |
| 360A12 | Cedar Greene, LLC and O'Leary Group Waste Systems, LLC v. City of Charlotte | 1. Def's Motion to Dismiss Appeal (COA12-212)<br><br>2. Def's Motion to Consider New Brief as Timely | 1. Denied<br><br>2. Allowed |
| 365A12 | James W. Prouse and Carol D. Prouse v. Bituminous Casualty Corporation and State Farm Mutual Automobile Insurance Company | Def's' Motion to Strike Memorandum of Additional Authority | Dismissed as Moot |
| 397PA11-2 | State v. Andrew Jackson Oates | 1. Def's NOA Based Upon a Constitutional Question (COA10-725-2)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed<br><br>**Beasley, J., Recused** |
| 411A94-5 | State v. Marcus Raymond Robinson | State's PWC to Review the Order of Cumberland County Superior County | See Special Order |
| 415P12 | Amos Tyndall, As Guardian *ad Litem* for Che-Val Batts v. Ford Motor Company and Alejandro Ortiz Rios | 1. Def's (Ford Motor Company) PWC to Review Order of COA (COA12-321)<br><br>2. N.C. Association of Defense Attorneys and N.C. Chamber's Motion for Leave to File *Amicus* Brief<br><br>3. Def's (Ford Motor Company) Motion to Admit Robert L. Wise *Pro Hac Vice* | 1. Allowed<br><br>2. Allowed<br><br>3. Allowed<br><br>**Beasley, J., Recused** |